1 BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 SIRIA L. GUTIERREZ
Nevada Bar No. 11981
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4 Las Vegas, Nevada 89101
5 (702) 938-1510

6 *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
7
8              UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10 | NANCY CRANDALL, | Case No.: 2:13-cv-00308-GMN-VCF |

11             Plaintiff,             **STIPULATION AND ORDER FOR**
                                      **DISMISSAL WITH PREJUDICE**
12 v.

13 WAL-MART STORES, INC., d/b/a WAL
MART SUPERCENTER #3473; DOES I-V,
14 inclusive; and ROE BUSINESS ENTITIES I-V,
inclusive,
15
16             Defendants.

17      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

- 1 -

party's own costs and attorney's fees.

DATED this 17 day of April, 2013.

**GAZDA & TADAYON**

/s/ _____
Lewis Gazda, Esq.
Afshin Tadayon, Esq.
2600 South Rainbow Boulevard, Suite 200
Las Vegas, Nevada 89123
Attorneys for Plaintiff

DATED this 18 day of April, 2013.

**PHILLIPS, SPALLAS & ANGSTADT**

/s/ _____
Marjan Hajimirzaee, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**DATED** this 29th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge