BRENDA H. ENTZMINGER
Nevada Bar No. 9800
SIRIA L. GUTIERREZ
Nevada Bar No. 11981
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY CRANDALL,<br><br>             Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., d/b/a WAL MART SUPERCENTER #3473; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive,<br><br>             Defendants. | Case No.: 2:13-cv-00308-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 17 day of April, 2013.

**GAZDA & TADAYON**

/s/
Lewis Gazda, Esq.
Afshin Tadayon, Esq.
2600 South Rainbow Boulevard, Suite 200
Las Vegas, Nevada 89123
Attorneys for Plaintiff

DATED this 18 day of April, 2013.

**PHILLIPS, SPALLAS & ANGSTADT**

/s/
Marjan Hajimirzaee, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**DATED** this 29th day of April, 2013.

Gloria M. Navarro
United States District Judge